UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-015-EFS-22 |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO MODIFY RELEASE CONDITIONS |
| JACOB D. SUBLIE | |
| Defendant. | |

**IT IS ORDERED** that Defendant's Motion to Modify **(Ct. Rec. 783)** is **GRANTED.** Defendant, Jacob Sublie, no longer shall be subject to the release condition of home detention and instead shall be placed on a curfew of **7:00 p.m. to 7:00 a.m.**

All other conditions of release previously entered in this matter shall remain in effect.

DATED May 29, 2009.


                           S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY RELEASE CONDITIONS - 1