
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JACOB D. SUBLIE

Defendant.

No. CR-09-015-EFS-22

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant's unopposed Motion to Modify **(Ct. Rec. 1132)** is **GRANTED.** Defendant's conditions of release are **modified** by removing Defendant's curfew requirement. All other conditions previously set shall remain in effect.

**IT IS SO ORDERED.**

DATED October 2, 2009.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE