```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

UNITED STATES OF AMERICA,         )
                                  ) No. CR-09-015-EFS-22
                  Plaintiff,      )
                                  ) ORDER GRANTING UNOPPOSED
v.                                ) MOTION TO TEMPORARILY MODIFY
                                  ) RELEASE CONDITIONS
JACOB D. SUBLIE                   )
                                  )
                  Defendant.      )
                                  )

As agreed upon by the parties,

**IT IS ORDERED** that the Defendant's Unopposed Motion to Temporarily Modify Release Conditions **(Ct. Rec. 1711)** is **GRANTED**.

The Defendant shall be allowed to travel to Vancouver, Washington, on March 18, 2010, to trade in a vehicle. All other conditions of release previously entered shall remain in full effect.

DATED March 17, 2010.

                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO
TEMPORARILY MODIFY RELEASE CONDITIONS - 1