UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JACOB SUBLIE (22),<br><br>          Defendant. | NO. CR-09-0015-EFS-22<br><br>**FINAL ORDER OF FORFEITURE** |

Before the Court, without oral argument, is the United States Attorneys' Office's (USAO) Motion for Entry of the Final Order of Forfeiture (ECF No. 2628). On October 5, 2010, the Court entered a Preliminary Order of Forfeiture (ECF No. 2385), pursuant to 21 U.S.C. § 853, preliminarily forfeiting to the United States 1) $59,400.00 U.S. Currency seized on or about July 25, 2008; and 2) $7,245.00 U.S. Currency seized on or about February 24, 2009. Defendant Jacob Sublie forfeited his interest in this property to the United States pursuant to the Plea Agreement (ECF No. 1447) and Judgment (ECF No. 2610).

Section 853(n) and Federal Rule of Criminal Procedure 32.2 require the resolution of all third-party claims to the property in a final order of forfeiture. Notice of Criminal Forfeiture was posted on an official

ORDER ~ 1

government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on October 6, 2010, and ending November 4, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as incorporated by 21 U.S.C. § 853(n). At the latest, the claim period expired on November 11, 2010. No claims have been filed. Accordingly, **IT IS HEREBY ORDERED:**

    1.  The USAO's Motion for Entry of the Final Order of Forfeiture **(ECF No. 2628)** is **GRANTED**.

    2.  The $59,400.00 of U.S. Currency seized on or about July 25, 2008, and $7,245.00 of U.S. Currency seized on or about February 24, 2009, is forfeited to the United States; no interest exists in any other person.

    3.  The United States shall dispose of this property in accordance with law.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this ___14th___ day of January 2011.

                                                    s/Edward F. Shea
                                                    EDWARD F. SHEA
                                    United States District Judge

Q:\Criminal\2009\15.22.final.forfeit.wpd

ORDER ~ 2